IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-CR-30075-MJR |
| | ) |
| JEFFREY ELLIOTT, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM & ORDER ADOPTING REPORT
# &
# RECOMMENDATION & ACCEPTING DEFENDANT'S GUILTY PLEA

**REAGAN, Chief Judge:**

On August 9, 2016, the parties appeared before the Stephen C. Williams, United States Magistrate Judge.  Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, the Defendant entered a guilty plea to Count 1 of the one count indictment.  That same day, Judge Williams notified the parties that any objection to his Report and Recommendation (recommending Defendant's guilty plea be accepted) would be due on or before August 26, 2016 (Doc. 19).

No objections were filed by either party prior to the deadline.  Accordingly, the Court **ADOPTS** in its entirety the Report and Recommendation (Doc. 19), **ACCEPTS** Defendant Elliott's guilty plea, and **ADJUDGES** Defendant Elliott guilty of the offenses

set forth therein. The Court **DIRECTS** that a presentence investigation be submitted by the United States Probation Office, and **CONFIRMS** that sentencing remains set for November 17, 2016 at 11:00 a.m.

**IT IS SO ORDERED.**

DATED: <u>**August 27, 2016**</u>

<u>*s/ Michael J. Reagan*</u>
Michael J. Reagan
Chief Judge
United States District Court